CLEMENT AND HO,
A Professional Law Corporation
RANDALL J. CLEMENT, Cal. Bar No. 193443
201 W. Whiting Avenue
Fullerton, California 92832
Telephone: (714) 882-5794
Facsimile: (714) 882-5795
randy@clementandholaw.com

Attorneys for Plaintiff OTTER PRODUCTS, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTTER PRODUCTS, LLC, a Colorado limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>ZHAN X. LIANG, an individual; WEI G. LIANG, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 2:17-CV-6228 PA (AGRx)<br><br>**ORDER RE: DISMISSAL WITH PREJUDICE** |

## <u>ORDER</u>

WHEREAS, through counsel, Plaintiff Otter Products, LLC, Defendant Zhan X. Liang, and Defendant Wei G. Liang (collectively, the "Parties") have provided notice to this Court that the Parties have consummated a settlement and request that

this action be dismissed with prejudice in its entirety as to all claims and all defendants.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1.     This action is dismissed with prejudice in its entirety as to all claims and all defendants.

IT IS SO ORDERED.

Dated: _December 11, 2017_

Hon. Percy Anderson
U.S. District Judge